John M. Naylor
Nevada Bar No. 5435
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Midland Credit Management, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAY D. STOLLER,<br><br>             Plaintiff,<br><br>      v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>             Defendant. | Case No. 2:20-cv-01824-RFB-VCF<br><br>**STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT**<br><br>Complaint filed: September 30, 2020 |

Defendant Midland Credit Management, Inc. ("Midland") and Plaintiff Ray D. Stoller ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to set aside the Clerk's Entry of Default against Midland (ECF No. 7) filed on December 14, 2020. For good cause, Midland states that its records do not indicate that it received service of the complaint.

/ / /

/ / /

/ / /

Plaintiff and Midland further stipulate and agree that Midland shall have ten (10) days from entry of this Stipulation and Order to file its responsive pleading to Plaintiff's Complaint (ECF No. 1).

**IT IS SO STIPULATED.**

DATED this 5th day of January 2021.   NAYLOR & BRASTER

By: */s/ John M. Naylor*
John M. Naylor (NBN 5435)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Midland Credit Management, Inc.*

DATED this 5th day of January 2021.   LAW OFFICES OF NICHOLAS M. WAJDA

By: */s/ Nicholas M. Wajda*
Nicholas M. Wajda (NBN 11480)
871 Coronado Center Drive, Suite 200
Henderson, NV 89052

*Attorney for Plaintiff Ray D. Stoller*

**IT IS SO ORDERED.**

Dated this 14th day of January 2021.   UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000