NICHOLAS M. WAJDA
Nevada State Bar No: 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052
Telephone: (702) 900-6339
Email Address: nick@wajdalawgroup.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAY D. STOLLER, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br><br> Defendant. | Case No. 2:20-cv-01824-RFB-VCF <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Ray D. Stoller, and Defendant, Midland Credit Management, Inc., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July 16, 2021

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda, Esq.
Nevada State Bar No: 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052
Telephone: (702) 900-6339
Email Address: nick@wajdalawgroup.com
*Counsel for Plaintiff*

Respectfully submitted,

*/s/ John M. Naylor* (with consent)
John M. Naylor
Nevada Bar No. 5435
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 16, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requesting electronic notification.

*s/ Nicholas M. Wajda*
Nicholas M. Wajda, Esq.

1  NICHOLAS M. WAJDA
   Nevada State Bar No: 11480
2  Law Offices of Nicholas M. Wajda, Esq.
3  871 Coronado Center Drive, Ste. 200
   Henderson, NV 89052
4  Telephone: (702) 900-6339
   Email Address: nick@wajdalawgroup.com
5  *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAY D. STOLLER, | Case No. 2:20-cv-01824-RFB-VCF |
| Plaintiff, | **PROPOSED ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

Plaintiff, Ray D. Stoller, and Defendant, Midland Credit Management, Inc., through counsel, having filed their Stipulation of Dismissal with Prejudice, and this Court having reviewed the same, hereby ORDERED:

1. The stipulation is approved. The case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: __July 21, 2021.__          _____
                                    RICHARD E. BOULWARE, II
                                    United States District Court

1